# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ITALIANE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC., et al.,<br><br>　　　　Defendants. | CASE NO.: 2:21-cv-03849-PA-PC<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF FRANK ITALIANE'S CLAIMS WITH PREJUDICE** |

The Court, having examined the foregoing Stipulation of Dismissal of Plaintiff Frank Italiane's claims in the above-captioned matter filed by the parties seeking the dismissal of Frank Italiane's claims, finds that the Agreed Stipulation should be GRANTED.

Accordingly, **IT IS ORDERED**:

1. The Stipulation of Dismissal of Plaintiff Frank Italiane's Claims With Prejudice is **GRANTED**.
2. Each party is to bear their own fees and costs.

**IT IS SO ORDERED.**

**DATED:** June 2, 2021

_____
Percy Anderson
United States District Judge